IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **CENTER CAPITAL CORPORATION,** )<br>)<br>       **Plaintiff,**      )<br>)<br>    vs.                )<br>)<br>)<br>**MAUI HELICOPTERS INC. and** )<br>**STEPHEN R. GOULD,**         )<br>)<br>       **Defendants.**     )<br>_____ ) | Civ. No. 09-00552 ACK-LEK |

## ORDER OF RECUSAL

On November 19, 2009, Plaintiff filed (1) a verified complaint for immediate possession of personal property and money damages and (2) a motion for immediate possession of personal property.  The motion is in the nature of a motion for a temporary restraining order insofar as Plaintiff is asking that the motion be heard on an expedited basis.

I hereby recuse myself from the above-entitled case because, as a Senior District Judge, I am no longer handling in the matters that are in the nature of a motion for a temporary restraining order.  This case is returned to the Clerk for reassignment.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawai'i, November 19, 2009.



                              _____
                              Alan C. Kay
                              Sr. United States District Judge

Center Capital Corp. v. Mauiscape Helicopters Inc., Civ. No. 09-00552 ACK-LEK: Order of Recusal